UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR LOPEZ, | No. 2:16-cv-1310 AC P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a).  ECF No. 5.

    By order filed June 24, 2016, petitioner was ordered to file an in forma pauperis affidavit or pay the required filing fee ($5.00).  ECF No. 4.  Petitioner has now requested leave to proceed in forma pauperis, but the certificate portion of the affidavit has not been completed.  ECF No. 6.  Petitioner will be given an opportunity to submit a complete affidavit.  The Clerk of the Court will be directed to send petitioner another affidavit, and he must have correctional staff complete and sign the certificate portion of the affidavit before filing it with the court.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Petitioner shall submit, within thirty days from the date of this order, a complete

affidavit in support of his request to proceed in forma pauperis.  The certificate portion of the affidavit must be completed and signed by correctional staff.  Petitioner's failure to comply with this order will result in dismissal of this case.

2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: July 13, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE