IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SALVADOR LOPEZ,** | Case No. 2:16-cv-01310 AC P |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **PEOPLE OF THE STATE OF CALIFORNIA,** | |
| Respondent. | |

Upon consideration of Respondent's request, and good cause appearing therefore, Respondent shall have an additional thirty (30) days, up to and including March 1, 2017, to file a response to Petitioner's application for writ of habeas corpus.

DATED: January 24, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE