UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR LOPEZ, | No. 2:16-cv-1310 MCE AC P |
| Petitioner, | |
| v. | ORDER |
| KERN VALLEY STATE PRISON WARDEN, | |
| Respondent. | |

Petitioner has requested the appointment of counsel. ECF No. 13. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. Respondent has been ordered to respond to the petition and petitioner is not required to take any further action until a response has been filed. In light of the current procedural posture of this case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

////

////

////

1  Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of
2  counsel (ECF No. 13) is denied without prejudice to a renewal of the motion at a later stage of the
3  proceedings.
4  DATED: March 7, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE