EX 2



IN THE
# Court of Appeal of the State of California
IN AND FOR THE
THIRD APPELLATE DISTRICT

THE PEOPLE,
    Plaintiff and Respondent,
v.
SALVADOR LOPEZ,
    Defendant and Appellant.

FILED
MAR 2 0 2015
COURT OF APPEAL - THIRD DISTRICT
DEENA C. FAWCETT
BY_____ Deputy

C060565
Sutter County
No. CRF081476

BY THE COURT:

Appellant's petition for rehearing is denied.

Dated: March 20, 2015

RAYE, P.J.

----------

cc: See Mailing List