# EX 3

C. Zall

DOCKETED

JUN 1 5 2015

SA20093074SD

By M. Cabrera

No. _____

Court of Appeal, Third Appellate District - No. C060565

S225323

# IN THE SUPREME COURT OF CALIFORNIA

## En Banc

THE PEOPLE, Plaintiff and Respondent,

v.

SALVADOR LÓPEZ, Defendant and Appellant.

The petition for review is denied.

SUPREME COURT
FILED

JUN 1 0 2015

Frank A. McGuire Clerk

_____
Deputy

## CANTIL-SAKAUYE

_____
*Chief Justice*