EX 4

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SUTTER | FOR COURT USE ONLY |
|---|---|
| 446 Second Street<br>Yuba City, CA 95991<br>Criminal Division | **FILED**<br>NOV 03 2015<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SUTTER<br>Deputy |
| CASE NAME: IN RE SALVADOR LOPEZ | |
| ORDER DENYING WRIT OF HABEAS CORPUS | CASE NUMBER:<br>CR-HC-08-0147601 |

Having reviewed the Petition for Writ of Habeas Corpus and the Return filed by the District Attorney, the Court finds as follows:

Petitioner has offered no newly discovered evidence that could possibly cast fundamental doubt or the accuracy and reliability of the trial proceedings. Witness Pacheco maintained during the trial that the defendant did not shoot him. The jury obviously did not find the witness' testimony credible. There is no reason to believe that the "new" details offered by the witness would have produced a different result. Additionally, this Court agrees with the Appellate Court that there was no prosecutorial misconduct, nor was there any ineffective assistance of counsel

**The petition for a Writ of Habeas Corpus is DENIED.**

IT IS SO ORDERED.

DATED: November 3, 2015

Brian R. Aronson
JUDGE OF THE SUPERIOR COURT