EX 5

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SUTTER | FOR COURT USE ONLY |
|---|---|
| 446 Second Street<br>Yuba City, CA 95991<br>Criminal Division | **FILED**<br>NOV 20 2015<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SUTTER |
| CASE NAME: IN RE SALVADOR LOPEZ | |
| AMENDED ORDER DENYING WRIT OF HABEAS CORPUS | CASE NUMBER:<br>CRHC-08-0147601 |

On November 3, 2015, this Court issued an order denying Petition's request for a Writ of Habeas Corpus. The Court hereby vacates that order because it was issued before the Petitioner filed his denial on November 16, 2015.

Now, having reviewed the original Petition, the Return filed by the District Attorney and the Denial filed by Petitioner, the Court finds as follows:

Petitioner has offered no newly discovered evidence that could possibly cast fundamental doubt on the accuracy and reliability of the trial proceedings. Witness Pacheco maintained during the trial that the defendant did not shoot him. The jury obviously did not find the witness' testimony credible. There is no reason to believe that the "new" details offered by the witness would have produced a different result. Additionally, this Court agrees with the Appellate Court that there was no prosecutorial misconduct, nor was there any ineffective assistance of counsel.

**The Petition for Writ of Habeas Corpus is DENIED.** Petitioner's untimely request for appointed counsel is also DENIED.

**IT IS SO ORDERED.**

DATED: November 20, 2015

BRIAN R. ARONSON
JUDGE OF THE SUPERIOR COURT

Page 1 of 1
(3/14) AMENDED ORDER DENYING WRIT OF HABEAS CORPUS