# EX 6

IN THE
# Court of Appeal of the State of California
IN AND FOR THE
THIRD APPELLATE DISTRICT

FILED

FEB 1 3 2014


Court of Appeal, Third Appellate District
Deena C. Fawcett, Clerk
_____ Deputy

In re SALVADOR LOPEZ on Habeas Corpus.

Case No. C075685

BY THE COURT:

The petition for writ of habeas corpus is denied without prejudice to refiling in the superior court should petitioner not receive adequate relief on appeal.

Dated: February 13, 2014

ROBIE, Acting P. J.

cc: See Mailing List