EX 7

Court of Appeal, Third Appellate District
Deena C. Fawcett, Clerk/Administrator
Electronically FILED on 2/4/2016 by B. Nelson, Deputy Clerk

IN THE
# Court of Appeal of the State of California
IN AND FOR THE
THIRD APPELLATE DISTRICT

In re SALVADOR LOPEZ on Habeas Corpus.

Case No. C081160

BY THE COURT:

The petition for writ of habeas corpus is denied.

NICHOLSON, Acting P.J.

---

cc: See Mailing List