# EX 8

S233206

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re SALVADOR LOPEZ on Habeas Corpus.

The petition for writ of habeas corpus is denied.

SUPREME COURT
**FILED**

MAY 2 5 2016

Frank A. McGuire Clerk

Deputy

CANTIL-SAKAUYE

*Chief Justice*