# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Salvador Lopez v. People of the State of California**
No.: **2:16-cv-01310 MCE - AC (HC)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On March 29, 2017, I served the attached **ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Salvador Lopez
G-38482
KERN VALLEY STATE PRISON (5103)
P.O. Box 5103
Delano, CA 93216-6000

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 29, 2017, at Sacramento, California.

| T. Sabella | /S/ T. Sabella |
|---|---|
| Declarant | Signature |

SA2016302758
32819233.doc