XAVIER BECERRA, State Bar No. 118517
Attorney General of California
TAMI M. KRENZIN, State Bar No. 183925
Deputy Attorney General
BRIAN R. MEANS, State Bar No. 158368
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5254
 Fax: (916) 324-2960
 E-mail: Brian.Means@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SALVADOR LOPEZ,** | 2:16-cv-01310 MCE - AC (HC) |
| Petitioner, | **NOTICE OF LODGING DOCUMENTS** |
| v. | |
| **PEOPLE OF THE STATE OF CALIFORNIA,** | |
| Respondent. | |

Respondent lodges the following documents of the state court proceedings relevant to the allegations raised by Petitioner in the above-entitled matter:

Lodged Document No. 1: Appellant's Opening Brief;

Lodged Document No. 2: Respondent's Brief;

Lodged Document No. 3: Appellant's Reply Brief;

Lodged Document No. 4: Appellant's Supplemental Brief;

Lodged Document No. 5: Respondent's Supplemental Letter Brief;

Lodged Document No. 6: Appellant's Petition for Rehearing;

Lodged Document No. 7: Petition for Review;

1

1     Lodged Document No. 8: Petition for Writ of Habeas Corpus filed in the Sutter County Superior Court on August 17, 2015;

    Lodged Document No. 9: Petition for Writ of Habeas Corpus filed in the California Court of Appeal, Third Appellate District on January 31,. 2014;

    Lodged Document No. 10: Petition for Writ of Habeas Corpus filed in the California Court of Appeal, Third Appellate District on January 27, 2016; and

    Lodged Document No. 11: Petition for Writ of Habeas Corpus filed in the California Supreme Court on March 21, 2016.

    Respondent is also lodging the following transcripts so the Court has the complete state court record:

    Lodged Document No. 12: Reporter's Transcript Vol. I of III (pages 1 through 292);

    Lodged Document No. 13: Reporter's Transcript Vol. II of III (pages 293 through 587);

    Lodged Document No. 14: Reporter's Transcript Vol. III of III (pages 588 through 760);

    Lodged Document No. 15: Reporter's Transcript (Augmented) Vol. I of I (pages 1 through 273);

    Lodged Document No. 16: Clerk's Transcript (Vol. I of I) (pages 1-303);

    Lodged Document No. 17: Clerk's Augmented Transcript (Vol. I of IV) (pages 1-300);

    Lodged Document No. 18: Clerk's Augmented Transcript (Vol. II of IV) (pages 301-564);

    Lodged Document No. 19: Clerk's Augmented Transcript (Vol. III of IV) (pages 565-872); and

///
///
///
///
///

Lodged Document No. 20: Clerk's Augmented Transcript (Vol. IV of IV) (pages 873-1080).

Dated: April 19, 2017            Respectfully submitted,

                                          XAVIER BECERRA
                                          Attorney General of California
                                          TAMI M. KRENZIN
                                          Deputy Attorney General

                                          /S/ Brian R. Means
                                          BRIAN R. MEANS
                                          Deputy Attorney General
                                          *Attorneys for Respondent*

SA2016302758
32836755.doc