UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR LOPEZ,<br><br>  Petitioner,<br><br>  v.<br><br>PATRICK COVELLO,<br><br>  Respondent. | No. 2:16-cv-1310 MCE AC P<br><br><br>ORDER |

Petitioner has requested the appointment of counsel. ECF No. 31. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at this time.

In addition, petitioner has requested an extension of time to file and serve objections to the October 5, 2020 findings and recommendations. ECF No. 32. Petitioner requests an additional sixty days due to the ongoing COVID-19 pandemic. Id. at 1.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for appointment of counsel (ECF No. 31) is denied without prejudice to a renewal of the motion at a later stage of the proceedings;

1

   2. Petitioner's motion for an extension of time (ECF No. 32) is granted; and

   3. Petitioner shall file and serve his objections within sixty days from the date of this order.

DATED: October 28, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2